# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

PRISCILLA SALAZAR, A MINOR,
BY AND THROUGH IRMA GARCIA,
HER LEGAL CUSTODIAN AND
NATURAL GRANDMOTHER,                                                                        PLAINTIFF,

VS.                                       CIVIL ACTION NO. 2:06CV142-P-A

OFFICER DONALD BARR, IN HIS
OFFICIAL AND INDIVIDUAL
CAPACITIES,                                                               DEFENDANT.

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [7-1] insofar as it seeks dismissal pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**;

(2) The plaintiff's claims against the defendant are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 7th day of December, A.D., 2006.

                                                                  /s/ W. Allen Pepper, Jr.
                                                                  W. ALLEN PEPPER, JR.
                                                                  UNITED STATES DISTRICT JUDGE